# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK PHILLIP LAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3349** |
| **THE MEDICAL STAFF, ET AL.** | **SECTION: "C"(1)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the unopposed motion to dismiss, Rec. Doc. 10, is **GRANTED** and that plaintiff's claims against "the Medical Staff" are **DISMISSED WITH PREJUDICE**

New Orleans, Louisiana, this 9 day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE